UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL E. SZLUHA, | Case No. 3:25-cv-00114-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Pro se Petitioner Michael Szluha filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) However, Szluha has not properly commenced this action. Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if they submit an IFP application on the approved form and include three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Szluha filed a letter stating that "upon receipt of the case number he will immediately construct a 'brass slip' in order to pay the filing fee." (ECF No. 1-4.) Szluha has until April 25, 2025, to pay his filing fee, file a completed an IFP application, or request an extension of time to do so.

It is therefore ordered that the initial screening of the Petition (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until such time as Szluha has fully complied with this Order.

1   It is further ordered that on or before April 25, 2025, Szluha must pay the $5 filing fee or file a complete IFP application with the three supporting documents listed above. Szluha's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further ordered that the Clerk of Court send Szluha a blank copy of the IFP application form for inmates along with instructions.

DATED THIS 27th Day of February 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE